FILED'06 OCT 04 14:49USDC-ORM

Mark Manning, OSB # 00311
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEE DACHTLER,<br><br>        Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration ,<br><br>        Defendant. | Civil No. 05-6177-CO<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES, EXPENSES AND COSTS<br>PURSUANT TO EAJA<br>AND 28 U.S.C. §1920 |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $2,545.78, expenses in the amount of $25.00, and costs in the amount of $250.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $2,820.78 as full settlement of any and all claims for attorney fees and expenses under EAJA, 28 U.S.C. §2412, and costs pursuant to 28 U.S.C. §1920. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this ____ day of Oct. , 2006.

_____
U.S. District Judge

PRESENTED BY:

By: __s/ Mark A. Manning__
    Mark A. Manning
    OSB #00311
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS